Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 416
San Jose, California 95113-2404
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
FLORA MARIE GIOVANNONI

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| FLORA MARIE GIOVANNONI,<br><br>Plaintiff,<br><br>v.<br><br>BIDNA & KEYS, A PROFESSIONAL LAW CORPORATION, a California corporation, HOWARD MICHAEL BIDNA, individually and in his official capacity, RICHARD DAVID KEYS, individually and in his official capacity, HARVEY MICHAEL MOORE, individually and in his official capacity, and ANGELA CHRISTINE DAWSON, individually and in her official capacity,<br><br>Defendants. | Case No. C05-01654-JF-HRL<br><br>**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT** |

    COMES NOW the Plaintiff, FLORA MARIE GIOVANNONI, by and through her attorney Fred W. Schwinn of the Consumer Law Center, Inc., and hereby notifies the Court and the Defendants that the Defendants' Offer of Judgment pursuant to Fed. R. Civ. P. 68 is hereby accepted. A copy of the Defendants' Offer of Judgment is attached hereto for the Court's reference and is identified as Exhibit "1."

Dated: August 22, 2005                                       CONSUMER LAW CENTER, INC.

                                                               By: /s/ Fred W. Schwinn
                                                                      Fred W. Schwinn, Esq.
                                                                      Attorney for Plaintiff