Richard D. Keys, #105901
Harvey M. Moore, #101128
Bidna & Keys, APLC
5120 Campus Drive
Newport Beach, CA 92660
Tel: (949) 752-7030
Fax: (949) 752-8770

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| FLORA MARIE GIOVANNONI,<br><br>Plaintiff,<br><br>vs.<br><br>BIDNA & KEYS, A PROFESSIONAL LAW CORPORATION, a California corporation, HOWARD MICHAEL BIDNA, individually and in his official capacity, RICHARD D. KEYS, individually and in his official capacity, HARVEY M. MOORE, individually and in his official capacity, and ANGELA CHRISTINE DAWSON, individually and in her official capacity.<br><br>Defendants. | Case No. C-05-01654-JF-HRL<br><br>**OFFER OF JUDGMENT**<br><br>**FRCP Rule 68** |



TO PLAINTIFF FLORA MARIE GIOVANNONI AND HER ATTORNEY OF RECORD:

Defendants, Bidna & Keys, a Professional Law Corporation, Howard Michael Bidna, Richard D. Keys, Harvey M. Moore, and Angela Christine Dawson, pursuant to FRCP Rule 68, and with no admission of liability, hereby offer to have judgment entered against them as follows:

Defendants Bidna & Keys, a Professional Law Corporation, Howard Michael Bidna, Richard D. Keys, Harvey M. Moore, and Angela Christine Dawson, jointly and severally, shall

////

pay Plaintiff, Flora Marie Giovannoni, the sum of $1,001 plus such costs and attorneys fees as the Court may award in accordance with its procedures.

Dated: August 11, 2005

Bidna & Keys, APLC

By _____
Richard D. Keys
Harvey M. Moore
Attorneys for Defendants

| | |
|---|---|
| 1 | PROOF OF SERVICE |
| 2 | STATE OF CALIFORNIA, COUNTY OF ORANGE |
| 3 | I am employed in the county of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 5120 Campus Drive, Newport Beach, CA 92660. |
| 4 | |
| 5 | On August 11, 2005, I served the foregoing document described as: **OFFER OF JUDGMENT** by placing ___ the original _X_ a true copy thereof enclosed in sealed envelopes addressed as follows: |
| 6 | |
| 7 | |
| 8 | Fred W. Schwinn<br>Consumer Law Center<br>12 South First Street, Suite 416<br>San Jose, CA 95113-2404 |
| 9 | |
| 10 | BY MAIL |
| 11 | |
| 12 | [X]   As follows: I am "readily familiar" with the firm's practice of practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Newport Beach, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| 13 | |
| 14 | |
| 15 | [x ]   (VIA FACSIMILE) I caused the above-referenced document to be delivered via facsimile to the following facsimile numbers: 408 294 6190 |
| 16 | |
| 17 | [ ]   (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee. |
| 18 | []   (VIA OVERNIGHT DELIVERY) As follows: I am "readily familiar" with the firm's practice of practice of collection and processing documents for overnight delivery. |
| 19 | |
| 20 | I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. |
| 21 | Executed on August 11, 2005, at Newport Beach, California |
| 22 | |
| 23 | Janet Thompson |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

PROOF OF SERVICE