Richard D. Keys, #105901
Harvey M. Moore, #101128
Bidna & Keys, APLC
5120 Campus Drive
Newport Beach, CA 92660
Tel: (949) 752-7030
Fax: (949) 752-8770

**E-filed 2/14/06**

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| FLORA MARIE GIOVANNONI,<br><br>Plaintiff,<br><br>vs.<br><br>BIDNA & KEYS, A PROFESSIONAL LAW CORPORATION, a California corporation, HOWARD MICHAEL BIDNA, individually and in his official capacity, RICHARD D. KEYS, individually and in his official capacity, HARVEY M. MOORE, individually and in his official capacity, and ANGELA CHRISTINE DAWSON, individually and in her official capacity.<br><br>Defendants. | Case No. C-05-01654-JF-HRL<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST FOR PLAINTIFF'S SOCIAL SECURITY NUMBER** |

So that Defendants can properly issue a 1099 to Plaintiff for income tax reporting purposes in connection with the amounts paid by Defendants to Plaintiff in this case, Plaintiff is hereby ordered to, within three days of the date of this Order, disclose her full Social Security Number to the Defendants in a writing signed by her attesting to its accuracy.

Dated: February 14, 2006

_____
Jeremy Fogel
United States District Judge